# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOSEPH J VALLERO, | ) | Bankruptcy No. 15 B 34181 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2016, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: October 24, 2016                    /s/ Rachel A. Leibowitz
                                                    Paralegal


Lakelaw
53 West Jackson Boulevard, Suite 1610
Chicago, Illinois 60604
847.249.9100

**SERVICE LIST**

Bureaus Investment Group
Portfolio No 15 LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Joan Vallero
212 North Normandy Dr.
Chicago Heights, IL 60411

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(Banana Republic)
PO Box 41067
Norfolk, VA 23541

Joseph J Vallero
18630 West Point Dr.
Tinley Park, IL 60477-4930

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *

Elizabeth A. Bates
Springer Brown, LLC
300 South County Farm Road
Ste. I
Wheaton, IL 60187-2453 *