# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-34181 |
| | § | |
| JOSEPH J VALLERO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,800.00 | Assets Exempt: | $11,220.50 |
| Total Distributions to Claimants: | $4,793.27 | Claims Discharged Without Payment: | $154,980.46 |
| Total Expenses of Administration: | $3,388.35 | | |

3)      Total gross receipts of $8,181.62  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $8,181.62 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,388.35 | $3,388.35 | $3,388.35 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $12,200.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $132,216.27 | $43,839.37 | $43,839.37 | $4,793.27 |
| **Total Disbursements** | $144,416.27 | $47,227.72 | $47,227.72 | $8,181.62 |

    4). This case was originally filed under chapter 7 on 10/07/2015. The case was pending for 14 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2016        By: /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preferential Payment to Nissan for (unscheduled) 2011 Infiniti G25x AWD | 1241-000 | $8,181.62 |
| **TOTAL GROSS RECEIPTS** | | $8,181.62 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $1,568.16 | $1,568.16 | $1,568.16 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.92 | $22.92 | $22.92 |
| Green Bank | 2600-000 | NA | $12.35 | $12.35 | $12.35 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,425.00 | $1,425.00 | $1,425.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $9.92 | $9.92 | $9.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,388.35 | $3,388.35 | $3,388.35 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aimee Vallero | 5800-000 | $12,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $12,200.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bureaus Investment Group Portfolio No 15 LLC | 7100-900 | $15,669.76 | $16,172.33 | $16,172.33 | $1,768.24 |
| 2 | Discover Bank | 7100-900 | $6,730.40 | $6,730.40 | $6,730.40 | $735.88 |
| 3 | American Express Bank FSB | 7100-900 | $6,081.75 | $6,081.75 | $6,081.75 | $664.96 |
| 4 | Joan Vallero | 7100-000 | $0.00 | $8,000.00 | $8,000.00 | $874.70 |
| 5 | Portfolio Recovery Associates, LLC | 7100-900 | $0.00 | $6,854.89 | $6,854.89 | $749.49 |
|  | Chase Bank | 7100-000 | $1,995.87 | $0.00 | $0.00 | $0.00 |
|  | Citibank | 7100-000 | $6,730.40 | $0.00 | $0.00 | $0.00 |
|  | James & Joan Vallero | 7100-000 | $68,000.00 | $0.00 | $0.00 | $0.00 |
|  | UPromise MC Barclays Bank | 7100-000 | $27,008.09 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $132,216.27 | $43,839.37 | $43,839.37 | $4,793.27 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-34181   Doc 38   Filed 01/05/17   Entered 01/05/17 14:49:33   Desc Main
Document      Page 5 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 15-34181 | | | Trustee Name: | David Leibowitz |
| Case Name: | VALLERO, JOSEPH J | | | Date Filed (f) or Converted (c): | 10/07/2015 (f) |
| For the Period Ending: | 12/10/2016 | | | §341(a) Meeting Date: | 11/30/2015 |
| | | | | Claims Bar Date: | 08/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Cash on hand | $10.00 | $0.00 | | $0.00 | FA |
| 2   Chase Acct# 120891820 | $500.00 | $387.78 | | $0.00 | FA |
| **Asset Notes:**   Balance as of 9/25/15: $887.78 | | | | | |
| 3   BMO Harris Acct# 3022226 | $0.50 | $0.00 | | $0.00 | FA |
| 4   Security Deposit with Randall Highlands | $1,980.00 | $0.00 | | $0.00 | FA |
| 5   Household Goods and Furnishings | $1,000.00 | $0.00 | | $0.00 | FA |
| 6   Books, Pictures and Other Art Objects; Collectibles | $500.00 | $0.00 | | $0.00 | FA |
| 7   Wearing Apparel | $2,000.00 | $0.00 | | $0.00 | FA |
| 8   Furs and Jewelry | $500.00 | $500.00 | | $0.00 | FA |
| 9   Camera, fishing pole | $200.00 | $200.00 | | $0.00 | FA |
| 10  John Hancock Life, 46008513, Insured: Joe Vallero, Beneficiaries: Hannah Vallero (daughter) Face Value: $100,000, Cash Value: $0 | $0.00 | $0.00 | | $0.00 | FA |
| 11  MetLife Life Insurance, 212246552US, Insured: Joe Vallero, Beneficiaries: Hannah Vallero (daughter) Face Value: $250,000, Cash Value: $0, Term Life | $0.00 | $0.00 | | $0.00 | FA |
| 12  401(k) T. Rowe Price | $2,830.00 | $0.00 | | $0.00 | FA |
| 13  2005 Volvo V50, 155,000 miles | $3,500.00 | $1,100.00 | | $0.00 | FA |
| 14  Preferential Payment to Nissan for (unscheduled) 2011 Infiniti G25x AWD   (u) | $0.00 | $8,181.62 | | $8,181.62 | FA |
| **Asset Notes:**   SOFA indicated that Debtor paid off this vehicle on August 10, 2015, but he did not schedule the vehicle on schedules B or C. Complaint filed against Nissan, and default judgment entered and fully paid. | | | | | |

**TOTALS (Excluding unknown value)**

| | $13,020.50 | $10,369.40 | | $8,181.62 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 15-34181 | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | VALLERO, JOSEPH J | | | **Date Filed (f) or Converted (c):** | 10/07/2015 (f) |
| **For the Period Ending:** | 12/10/2016 | | | **§341(a) Meeting Date:** | 11/30/2015 |
| | | | | **Claims Bar Date:** | 08/31/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/23/2016  2016 Reporting Period:

Successful preference complaint against Nissan Finance for $8181.62

Claims bar date: 8/31/16

**Initial Projected Date Of Final Report (TFR):** 12/31/2016    **Current Projected Date Of Final Report (TFR):** 10/07/2016    /s/ DAVID LEIBOWITZ
                                                                                                                         DAVID LEIBOWITZ

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 15-34181 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | VALLERO, JOSEPH J | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***7129 | **Checking Acct #:** | ******8101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Vallero, Joseph |
| **For Period Beginning:** | 10/7/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/10/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/02/2016 | (14) | Nissan Motor Acceptance | Payment of Judgment for avoidance of preference | 1241-000 | $8,181.62 | | $8,181.62 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.35 | $8,169.27 |
| 11/16/2016 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $7,819.27 |
| 11/16/2016 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 9.92; Distribution Dividend: 100.00; | 3120-000 | | $9.92 | $7,809.35 |
| 11/16/2016 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,425.00; Distribution Dividend: 100.00; | 3110-000 | | $1,425.00 | $6,384.35 |
| 11/16/2016 | 3004 | David Leibowitz | Trustee Compensation | 2100-000 | | $1,568.16 | $4,816.19 |
| 11/16/2016 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.92 | $4,793.27 |
| 11/16/2016 | 3006 | Joan Vallero | Claim #: 4; Amount Claimed: 8,000.00; Distribution Dividend: 10.93; | 7100-000 | | $874.70 | $3,918.57 |
| 11/16/2016 | 3007 | Bureaus Investment Group Portfolio No 15 LLC | Claim #: 1; Amount Claimed: 16,172.33; Distribution Dividend: 10.93; | 7100-900 | | $1,768.24 | $2,150.33 |
| 11/16/2016 | 3008 | Discover Bank | Claim #: 2; Amount Claimed: 6,730.40; Distribution Dividend: 10.93; | 7100-900 | | $735.88 | $1,414.45 |
| 11/16/2016 | 3009 | American Express Bank FSB | Claim #: 3; Amount Claimed: 6,081.75; Distribution Dividend: 10.93; | 7100-900 | | $664.96 | $749.49 |
| 11/16/2016 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 5; Amount Claimed: 6,854.89; Distribution Dividend: 10.93; | 7100-900 | | $749.49 | $0.00 |

**SUBTOTALS**     $8,181.62     $8,181.62

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34181 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VALLERO, JOSEPH J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7129 | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Vallero, Joseph |
| For Period Beginning: | 10/7/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $8,181.62 | $8,181.62 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $8,181.62 | $8,181.62 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $8,181.62 | $8,181.62 | |

| For the period of 10/7/2015 to 12/10/2016 | | For the entire history of the account between 08/02/2016 to 12/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,181.62 | Total Compensable Receipts: | $8,181.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,181.62 | Total Comp/Non Comp Receipts: | $8,181.62 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,181.62 | Total Compensable Disbursements: | $8,181.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,181.62 | Total Comp/Non Comp Disbursements: | $8,181.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34181 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VALLERO, JOSEPH J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7129 | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Vallero, Joseph |
| For Period Beginning: | 10/7/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,181.62 | $8,181.62 | $0.00 |

**For the period of 10/7/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $8,181.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,181.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,181.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,181.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/07/2015 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $8,181.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,181.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,181.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,181.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ